SOPHIE WANDZIOCH, an Infant, etc., Respondent, v. STEPHEN FINCEL and

Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.